UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MELISSA PARADISE,<br><br>Defendant | Criminal No.  21cr10170<br><br>Violations:<br><br>Counts One - Six: Acquiring a Controlled Substance Using a Registration Number Assigned to Another Person<br>(21 U.S.C. § 843(a)(2))<br><br>Counts Seven - Fourteen: Acquiring a Controlled Substance by Misrepresentation, Fraud, Forgery, Deception, and Subterfuge<br>(21 U.S.C. § 843(a)(3)) |

## INDICTMENT

### COUNTS ONE - SIX
Acquiring a Controlled Substance Using a Registration Number Assigned to Another Person
(21 U.S.C. § 843(a)(2))

The Grand Jury charges:

On or about the dates set forth below, in West Barnstable, in the District of Massachusetts, the defendant,

MELISSA PARADISE,

did knowingly and intentionally use a registration number issued to another person for the purpose of acquiring and obtaining hydrocodone, a Schedule II controlled substance.

| COUNT | DATE | FORM ON WHICH REGISTRATION NUMBER WAS USED | CONTROLLED SUBSTANCE(S) OBTAINED |
|---|---|---|---|
| ONE | 10/14/2016 | DEA Order Form 162238741 | Six (6) bottles of one hundred (100) tablets of Hydrocodone/Homatropine 5mg |
| TWO | 11/28/2016 | DEA Order Form 163951929 | Six (6) bottles of one hundred (100) tablets of Hydrocodone/Homatropine 5mg |
| THREE | 01/23/2017 | DEA Order Form 163951933 | Six (6) bottles of one hundred (100) tablets of Hydrocodone/Homatropine 5mg |
| FOUR | 03/02/2017 | DEA Order Form 170681885 | Six (6) bottles of one hundred (100) tablets of Hydrocodone/Homatropine 5mg |
| FIVE | 03/01/2018 | DEA Order Form 180026019 | Eight (8) bottles of one hundred (100) tablets of Hydrocodone/Homatropine 5mg |
| SIX | 02/04/2019 | DEA Order Form 190278209 | Seven (7) bottles of one hundred (100) tablets of Hydrocodone/Homatropine 5mg |

All in violation of Title 21, United States Code, Section 843(a)(2).

COUNTS SEVEN - FOURTEEN:
Acquiring a Controlled Substance by
Misrepresentation, Fraud, Forgery, Deception, and Subterfuge
(21 U.S.C. § 843(a)(3))

The Grand Jury further charges:

On or about the dates listed below, in West Barnstable, in the District of Massachusetts, the defendant,

MELISSA PARADISE,

did knowingly and intentionally acquire and obtain hydrocodone, a Schedule II controlled substance, by misrepresentation, fraud, forgery, deception, and subterfuge as set forth below:

| COUNT | DATE | MISREPRESENTATION, FRAUD, FORGERY, DECEPTION, SUBTERFUGE | CONTROLLED SUBSTANCE OBTAINED |
|---|---|---|---|
| SEVEN | 05/22/2017 | Forged signature on DEA Order Form 170681891 | Eight (8) bottles of one hundred (100) tablets of Hydrocodone/Homatropine 5mg |
| EIGHT | 06/28/2017 | Forged Signature on DEA Order Form 171918680 | Eight (8) bottles of one hundred (100) tablets of Hydrocodone/Homatropine 5mg |
| NINE | 03/15/2018 | Forged Signature on DEA Order Form 180026016 | Eight (8) bottles of one hundred (100) tablets of Hydrocodone/Homatropine 5mg |

| COUNT | DATE | MISREPRESENTATION, FRAUD, FORGERY, DECEPTION, SUBTERFUGE | CONTROLLED SUBSTANCE OBTAINED |
|---|---|---|---|
| TEN | 05/25/2018 | Forged Signature on DEA Order Form 181515746 | Eight (8) bottles of one hundred (100) tablets of Hydrocodone/Homatropine 5mg |
| ELEVEN | 06/18/2018 | Forged Signature on DEA Order Form 181515750 | Eight (8) bottles of one hundred (100) tablets of Hydrocodone/Homatropine 5mg |
| TWELVE | 07/13/2018 | Forged Signature on DEA Order Form 181515752 | Eight (8) bottles one hundred (100) tablets of Hydrocodone/Homatropine 5mg |
| THIRTEEN | 01/02/2019 | Forged Signature on DEA Order Form 183554361 | Eight (8) bottles one hundred (100) tablets of Hydrocodone/Homatropine 5mg |
| FOURTEEN | 05/22/2019 | Forged Signature on DEA Order Form 191222945 | Eight (8) bottles one hundred (100) tablets of Hydrocodone/Homatropine 5mg |

All in violation of Title 21, United States Code, Section 843(a)(3).

4

A TRUE BILL

FOREPERSON

NADINE PELLEGRINI
ASSISTANT UNITED STATES ATTORNEY
DISTRICT OF MASSACHUSETTS

District of Massachusetts:  May 27, 2021
Returned into the District Court by the Grand Jurors and filed.

/s/ Harold Putnam   5/27/2021; 2:22 p.m.
DEPUTY CLERK

HON. MARIANNE B. BOWLER
United States Magistrate Judge

Date: May 27, 2021

5