UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MELISSA PARADISE,<br><br>   Defendant | CRIMINAL No. 21-CR-10170-RGS |

FINAL STATUS CONFERENCE REPORT

Pursuant to Local Rule 116.5, the undersigned counsel respectfully submits the following final status report regarding the above-captioned matter, which is set for a status conference on October 14, 2021.

The parties request that the Court accept this filing and transfer the case to the district court for a Rule 11 hearing.

**Periods of Excludable Delay**

The parties request that the time between the 8/17/2021 (the date of the first interim status conference) until 10/14/201(the date of the continued interim status conference) be excluded in the interests of justice pursuant to 18 U.S.C.§ 3161(h)(7)(A).

Respectfully submitted,

NATHANIEL R. MENDELL
Acing United States Attorney

By:   /s/ Nadine Pellegrini
      NADINE PELLEGRINI
      Assistant United States Attorney
      617/748-3261

By:   /s/ Cara McNamara
      Counsel for Defendant Melissa Paradise
      Federal Defender's Office

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants .

/s/*Nadine Pellegrini*
Nadine Pellegrini
Assistant United States Attorney

Date: October 7, 2021